IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 23 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

John P. Polcastro Sr.
Full name and prison number of plaintiff(s) PO Box 115 Genevan AL 36340

v.

Chief Gary Weeks
Police Officer Tracy Hersey
Police Officer Shayne Arnette
unknown Police Officers
Name of person(s) who violated your constitutional rights. (List the names of all the persons)

CIVIL ACTION NO. 1:05cv910-T
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) ______
Defendant(s) ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket No. ______

4. Name of Judge to whom case was assigned ______

5. Disposition (for example: Was the case dismissed? Was it appealed? Is

1

PAGE ONE

ON OR ABOUT 7/31/05 – 8/1/05. POLICE OFFICER TRACY HERSEY, POLICE OFFICER SHAYNE ARNETTE. AND UNKNOWN POLICE OFFICE did the following to me. POLICE OFFICER ARNETTE AND HERSEY ENTERED my TRAILER AND took my wallette off my kitchen table when my wallette was taken to the JAIL thirteen hundred $1,300.00 dollars was missing.

THE ABOVE POLICE OFFICERS BEAT ME while I WAS hand cuffed. I WAS Then taken to an old bridge where The ABOVE OFFICERS AND UNKNOWN POLICE OFFICERS beat me Till I was knocked out.

I WAS Then taken to the JAIL bleeding AND IN A lot OF pain. THE ABOVE OFFICERS REFUSED to take me to Hospital.

[signature]

9/19/05

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
______________________________

6. Approximate date of filing lawsuit ______________________________

7. Approximate date of disposition ______________________________

II. PLACE OF PRESENT CONFINEMENT GENEVA COUNTY JAIL GENEVA AL 36340

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED SAMSON. AL. 36477

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | GARY WEEKS CHIEF OF POLICE | SAMSON POLICE DEPT. SAMSON AL 36477 |
| 2. | TRACY HERSEY POLICE OFFICER | " " " " |
| 3. | SHANE ARNETTE POLICE OFFICER | " " " " |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 7/31/05 / 8/1/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ASSAULT - REFUSING MEDICAL ATTENTION THREATS. MONEY STOLEN.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). SEE PAGE ONE

GROUND TWO: SAME AS GROUND ONE

SUPPORTING FACTS: See PAGE ONE

GROUND THREE: SAME AS GROUND ONE

SUPPORTING FACTS: SEE PAGE ONE

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

REQUEST A TRIAL, AND REQUEST THE COURT APPOINT ME A LAWYER TO FIGHT MY CASE

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/19/05 (date).

Signature of plaintiff(s)