**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Tracy Kersey
   Samson Police Department
   13 East Main
   Samson, AL 36477

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 10-3-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:05CV910-T
   C&D
   (49)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7005 1160 0001 3017 0620

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>10-3-05 |
| 1. Article Addressed to:<br><br>Chief Gary Weeks<br>Samson Police Department<br>13 East Main<br>Samson, AL 36477 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>1:05cv910-T<br>c/o (40) |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from) | 7005 1160 0001 3017 0637 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  10-3-05 |
| 1. Article Addressed to:<br><br>Officer Shayne Arnnette<br>Samson Police Department<br>13 East Main<br>Samson, AL 36477 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>1:05CV910-T<br>LLO   (40) |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 0613 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540