```
 1    A.  Yes.
 2    Q.  You've seen the Order?
 3    A.  Yes.
 4    Q.  You've read it?
 5    A.  Yes.
 6    Q.  And you don't want to proceed with this
 7  today?
 8    A.  I don't understand it.
 9    Q.  Do you want to proceed or not?
10    A.  Not until I have someone to explain it
11  to me.
12    Q.  Are you going to answer my questions
13  today or not?
14    A.  No.
15    Q.  I appreciate your time and I won't take
16  up any more of it.
17
18               (END OF SWORN STATEMENT)
19
20
21
22
23
```

10

STATE OF ALABAMA,

GENEVA COUNTY.

    I, Lisa M. Bryan, Court Reporter and Notary Public, State at Large, do hereby certify that the foregoing transcript, pages 1 through 9 is a true and correct transcript of the testimony, to the best of my ability and understanding; and that the same was taken down by me in stenographic shorthand, recorded electronically, and transcribed by me personally or under my direct supervision.

    I further certify that I have no interest in this matter, financial or otherwise, or how it may develop or what its outcome may be.

    I further certify that I am not of counsel for any of the parties, nor am I related to counsel or litigants or associated with anyone connected with this cause to my knowledge.

    WITNESS my hand this the 26th day of October, 2005.

_____
Lisa M. Bryan
My Commission Expires 12/10/05

OCT-03-2005 12:27 PM                                                                    P.02

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN P. POLCASTRO, SR.,            )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CIVIL ACTION NO. 1:05-CV-910-T
                                    )
GARY WEEKS, et al.,                 )
                                    )
        Defendants.                 )

RECEIVED
BY:
OCT 03 2005

**ORDER**

A 42 U.S.C. § 1983 action has been filed by an inmate alleging a violation of civil rights during his arrest and subsequent confinement in the Geneva County Jail. The Magistrate Judge has reviewed the complaint and determined that this pleading cannot be properly and effectively processed by the court without further additional information from the defendants. Accordingly, it is hereby

ORDERED that:

1. The defendants named in the complaint undertake a review of the subject matter of the complaint (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.

2. A written report be filed with the court containing the sworn statements of all persons having knowledge of the subject matter of the complaint. This report shall be filed

DEFENDANT'S EXHIBIT
1

OCT-03-2005 12:28 PM                                                                                              P.03

Case 1:05-cv-00910-MHT-CSC   Document 3   Filed 09/30/2005   Page 2 of 5

with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. All defenses including immunity defenses must be set forth in the written report or such defenses may be waived. Authorization is hereby granted to interview all witnesses, including the plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claim or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

3. The defendants shall identify the plaintiff's status during his incarceration in the county jail, i.e. whether he was a pre-trial detainee or convicted prisoner, at the time of the actions which form the basis for the instant complaint.

4. An answer be filed within forty (40) days of the date of this order.

5. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the amended complaint be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

6. NOTICE TO PLAINTIFF.

(a) The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the

2

RECEIVED
OCT 03 2005
BY:

OCT-03-2005 12:28 PM

Case 1:05-cv-00910-MHT-CSC    Document 3    Filed 09/30/2005    Page 3 of 5

defendants themselves a true copy of <u>anything</u> which he sends to the court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants. If the pleading does not contain a certificate of service, it will not be accepted for filing.

(b) With the exception of the complaint and any response ordered by the court, "[n]o other pleading shall be allowed" in this cause of action. Rule 7(a), *Federal Rules of Civil Procedure*.

(c) Each pleading, motion or other application submitted to the court shall contain "a caption setting forth the name of the court, title of the action, the file number, and a designation[.]" Rule10(a), *Federal Rules of Civil Procedure*, and must be signed by the plaintiff. Rule 11(a), *Federal Rules of Civil Procedure*.

(d) Every application which requests an order or particular action by the court "shall be [presented] by motion which, unless made during a hearing or trial, shall be made in writing." Rule 7(b)(1), *Federal Rules of Civil Procedure*. The application "shall set forth with particularity the grounds" for the motion and "the relief or order sought." *Id.* Additionally, the request or application for relief must contain a proper caption setting forth a title designation which specifically states the action that the applicant or movant wants the court to undertake. Rules 7(b)(2) and 10(a), *Federal Rules of Civil Procedure*. Any application or request which fails to comply with the directives of the civil rules as outlined

3

RECEIVED
OCT 03 2005
BY:

OCT-03-2005 12:29 PM

in this order will not be accepted by the court for filing.

The plaintiff is hereby advised that the court will consider only those requests presented in an appropriate motion which is in the proper form. Consequently, any application for relief or request for action *must be contained in the title of the motion* to warrant consideration by the court.

(e) All amendments to a complaint must be labeled with the words "amendment to complaint" or similar language. Except as permitted by Rule 15(a), *Federal Rules of Civil Procedure*, no amendment to a complaint will be accepted by the court for filing unless accompanied by a motion for leave to amend.

(f) All amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order and the allegations contained therein must relate to the facts made the basis of the instant complaint. Proposed amendments or motions to amend filed after this date will be considered untimely. Any such amendments or motions which contain claims unrelated to the claims presented in the original complaint will not be considered by the court.

(g) Plaintiff is informed that this case will proceed as quickly as possible and that he will be informed of all action the court takes.

(h) If plaintiff moves to a different institution or is released, he must immediately inform the court and the defendants of his new address. In so doing, the plaintiff shall style this notification as a "Notice of Change of Address" and provide a copy

4

RECEIVED
OCT 03 2005
BY:

P.05

of this notice to the defendants.

(i) It is the responsibility of the plaintiff to furnish the clerk's office with accurate addresses for the defendant(s) whom plaintiff wishes to serve. Without accurate addresses, service of process is impossible. It is also the responsibility of the plaintiff to monitor this case to make sure that the persons whom plaintiff wishes to sue have been served. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.

The plaintiff is specifically CAUTIONED that his failure to file motions, pleadings or other papers in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such documents not being accepted for filing. The CLERK is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order together with a copy of the complaint to the defendants.

Done this 30th day of September, 2005.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

5



RECEIVED
OCT 03 2005
BY:

# ATTACHMENT NUMBER 2

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 SEP 23 A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Full name and prison number of plaintiff(s)

John P. Polcastro, SR.
PB Box 195
Grady, AL 36036

v.

Sheriff Gregg Ward
Head Jailer Carl Row
Jailer Donald Weeks
Deputy Ray Mick

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 1:05 cv 909-F
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Geneva County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Geneva County Jail, Geneva AL 36340_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff Greg Ward | Geneva County Jail Geneva AL 36340 |
| 2. Deputy Ray Mock | " " " " " |
| 3. Head Jailer Dale Rew | " " " " " |
| 4. Jailer Donald Webb | " " " " " |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _7/31/05 8/1/05_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Refused Medical-Assault, Money-Stolen, Inmate Unsafe Living Conditions_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). _Please see Page One_

-2-