GROUND TWO: _Jail Condition_

SUPPORTING FACTS: _See page one_

GROUND THREE: _See ground one_

SUPPORTING FACTS: _See page one_

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
      NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES:

_I request the court to set me at and
for the court the court court Jone me_

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _September 19 2005_
               (date)

Signature of plaintiff(s)

-3-

①

PAGE - ONE

On or about 7/31/05 - 8/1/05 Deputy Ray
Mock seized my trailer with other
officers and then we walkt off my
hitched table which Deputy Mock me
to the County Jail a little other threatned
hursheld deltona was taha out of my
wallet at that time I asked Deputy
Ray and brother M. Cryed for a
receipt for my money. I was told these
was no money. Also at this time I
asked deputy Mock to take me & the
hospital Because the back of my head
was bleeding. The top of my left eye was
split open. My Ribs and left shoulder
was extreme pain. The right eye tooth
was hurting out. My partial plate was
broke. He still refused me medical attentol

On 8/1/05 - I was put in a
holding cell/14/ in extreme pain. I was
given nothing for the pain. I was pust on
a wooden bench during the early moning.
hours I fell of the bench. My nose hit the
floor. And I started to bleed again. Jailer
Donald Webb came into my cell with Lowenthan
And I asked him no I forget him to take

2

## COLD FEEL PAGE ONE

me to the hospital. He refused. I asked for and I slept on my bunk that they told me of told one & got up so I can be booked. I told him I could hardly walk. My glasses were bent. All he said was left & I was booked then placed on the floor or the blankets of the Jail.

Deputy Ray Woch is one of the police officers who took me out I passed out I was out cold while he took me to the Jail?

For 25 days I wrote request after request begging to be talk to talk me to the hospital every time I asked him to talk me to the hospital. He refused I was finally taken to a Doctor 25 Days after the officer beat me I explained to the Doctor that I was in a lot of pain. Nothing was done I showed him where I would open Doctor would I also told him I couldn't see out of my left eye. He still did anything to be it can't even bend head across I got dizzy, I can't even bend head across my back pain. The left eye always numb. They refuse to give me anything for the pain. Till this day I'm still suffering

with the Beds. All this day Nurse
Stacie Carl Rows Has Refused Me
Medical Attention.

The Brink and Head
Toilet Carl Rows have me turned in
Unsafe Noisy overcrowded. The Jail is
over crowded. I'm in an Area that is
supposed to hold 12 men. we are who 8
all my self And others. Are forced to
sleep on the floor. some like the pay self
stay over toilets. The Bond is
terrible. Dr. Having to cook. no Dietician
Trained to did both Jobs. We never get no
Hour of fresh Air. I'm forced to live on
the floor. with walls that are covered
with rust And black mold. I requested
From the Charlos And the food service a
allow me to go to law Library or
I could work. My case. I was
refused. I asked the Judge, Distithoan
and endupge to write and send out
legal work. I was Refused, All my was me
my right to Access to the courts
I was giving a Razer that is too dull
They are not ever cleaned. They Refuse to
give out Razers to cause the Dirty Mat

CDR FOWLER PAGE ONE

On 08/31/05 Sergeant Wofford told the two of
Carl Rows's place and told me if I
didn't shut up and mind my business he
would have the inmate beat the electical
a lot of inmate due him front He also
claim this cell block and would menual Threaten
To the two front of Other inmates Sergeant
Wofford 08/31/05 all this guys and
We the as Deputy ward and I had
Carl Rows registary and Die about
This shit being refused. I hope this
Is all to constant Pain And to constant
Fear For My Life and Heath

*[signature]*
8/31/05