# ATTACHMENT NUMBER 3

## AFFIDAVIT OF SHAYNE ARNETTE

Comes now the affiant, under oath, and says as follows:

1. My name is Shayne Arnette, and I am over nineteen years of age. I am currently a police officer with the City of Opp, Alabama. On August 1, 2005, I was a police officer with the City of Samson. I have knowledge of all of the information contained in this affidavit.

2. Attached to this affidavit are true and accurate copies of the following: (1) Alabama Uniform Incident/Offense Report, Case Number 08-01-003 and (2) Alabama Uniform Incident/Offense Report, Case Number 08-05-004.

3. I prepared these reports. The narratives contained in these reports are my narratives. They are true and accurate statements of the events of the day in question.

Further affiant sayeth not.

Dated this the 11 day of November 2005.

_Shayne Arnette_
Shayne Arnette

STATE OF ALABAMA
COUNTY OF ~~HOUSTON~~ COVINGTON

Sworn and subscribed before me this the 11 day of November 2005

_Kimberly A. Gumbie_
Notary Public
My Commission Expires: 9.1.09

AFFIDAVIT OF SHAYNE ARNETTE

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| 1 INCIDENT / 2 OFFENSE / 3 SUPPLEMENT | 2 OFFENSE |
| 2 CASE # | 08-1-05-1-004 |
| 3 SX | |
| 4 CRI # | 03-40-200 |
| 5 DATE AND TIME OF THIS REPORT | 08-01-05 20:26 MIL |
| 6 AGENCY NAME | SAMSON POLICE DEPARTMENT |
| 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE | |
| 8 REPORTED BY | VICTIM |
| VICTIM SSN | |
| COMPLAINANT SSN | |
| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | ARNETTE, SHAYNE |
| 13 ADDRESS | 13 EAST MAIN STREET SAMSON AL. 36477 |
| 14 PHONE | |
| 15 EMPLOYER/SCHOOL | CITY OF SAMSON |
| 16 OCCUPATION | 1P 2B 3S |
| 17 ADDRESS | 13 EAST MAIN STREET SAMSON AL. 36477 |
| 18 PHONE | |
| 11 RESIDENT / NON-RESIDENT | |
| 20 INJURY | N |
| 21 RACE | W |
| 22 SEX | MALE |
| 23 HGT / 24 WGT / 25 DOB / 26 AGE | |
| 27 WAS OFFENDER KNOWN TO VICTIM? | N |
| 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | |
| 29 CODE | |
| 30 TYPE INCIDENT OR OFFENSE | MISD |
| 31 DEGREE (CIRCLE) | 3 |
| 32 UCR CODE | 2902 |
| 33 STATE CODE/LOCAL ORDINANCE | 13A-7-21 |
| 34 TYPE INCIDENT OR OFFENSE | MISD |
| 35 UCR CODE | |
| 36 SECTOR | |
| 37 STATE CODE/LOCAL ORDINANCE | |
| 38 PLACE OF OCCURRENCE | WEST WASHINGTON STREET |
| 39 SECTOR | |
| 40 POINT OF ENTRY | |
| 41 METHOD OF ENTRY | NO FORCE |
| 42 ASSAULT | |
| 43 TREATMENT FOR ASSAULT INJURY | N |
| 45 TIME OCCURRED ON OR BETWEEN | 08-01-05 20:10 MIL and 08-01-05 20:26 MIL |
| 47 LIGHTING | 1-NATURAL |
| 48 WEATHER | 1-CLEAR |
| 49 PREMISE | K-STORE/TWN HSE |
| 50 CODE | |
| 54 VERIFY FOR RAPE EXAM | N |
| 55 TREAT FOR RAPE INJURY | N |
| 56 CIRCUMSTANCES HOMICIDE & ASSAULT | |
| 58 WEAPON USED | OTHER DANGEROUS |
| 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | FEET |
| 60 QUANTITY | 1 |
| 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED | REAR DRIVER SIDE WINDOW |
| 62 DOLLAR VALUE STOLEN | |
| DAMAGED | $500 |
| 63 RECOVERED DATE / VALUE | |
| 64 MOTOR VEHICLE | $500 |
| 70 ELECTRONICS | |
| 71 HOUSEHOLD | |
| 72 CONSUMABLE | |
| 73 LIVESTOCK | |
| 74 MISCELLANEOUS | |
| 75 CHECK CATEGORIES | STOLEN / RECOVERED / SUSPECTS VEH. / VICTIMS VEH. / UNAUTH USE / ABANDONED |
| 76 # STOLEN | |
| 77 LIC | |
| 78 LIS | |
| 79 LIY | |
| 80 OWNERSHIP VERIFIED BY | |
| 81 VIN | |
| 82 VYR | 2000 |
| 83 VMA | FORD |
| 84 VMO | CRWN |
| 85 VST | 4-D |
| 86 VCO | TOP: / BOTTOM: WHITE |
| 87 ADDITIONAL DESCRIPTION | PATROL CAR |
| 88 AREA STOLEN | |
| 90 WARRANT SIGNED | |
| 92 PHONE | |
| 93 STOLEN IN YOUR JURISDICTION? | NO |
| 94 RECOVERED IN YOUR JURISDICTION? | YES |

TYPE OR PRINT IN BLACK INK          ACJIC – 32 REV. 6-94

# INCIDENT/OFFENSE REPORT CONTINUED

**85 DATE AND TIME OF REPORT:** 08/01/05 20:26
**96 CASE #:** 081-051-0004

**99 NAME (LAST, FIRST, MIDDLE):** POLCASTRO, JOHN PHILLIP
**100 NICKNAME/ALIAS:**
**97 SFX:**
**98:** ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON
**CHECK IF MULTIPLE**

**105 ADDRESS (STREET, CITY, STATE ZIP):** 405 W WASHINGTON SAMSON AL 36477
**106 HGT:** 5'7
**107 WGT:**
**108 EYE:**
**109 HAIR:**
**110 COMPLEXION:**
**103 DOB:** 05/02/53
**104 AGE:** 52

**111 PROBABLE DESTINATION:**

**114 CLOTHING:**

**116 NAME (LAST, FIRST, MIDDLE):**
**117 NICKNAME/ALIAS:**
**118 RACE:** ☐ W ☐ B ☐ A ☐ I
**119 SEX:** ☐ M ☐ F
**120 DOB:**
**121 AGE:**

**122 ADDRESS (STREET, CITY, STATE, ZIP):**
**123 HGT:** **124 WGT:** **125 EYE:** **126 HAIR:** **127 COMPLEXION:**

**128 PROBABLE DESTINATION:**
**129 ARMED?** ☐ Y ☐ N ☐ UNK
**130 WEAPON:**

**131 CLOTHING:**
☐ SCARS   ☐ MARKS   ☐ TATTOOS
**115:** ☐ ARRESTED ☐ WANTED

### WITNESSES

**133 NAME (LAST, FIRST, MIDDLE), SEX, RACE, DOB** | **134 ADDRESS (STREET, CITY, STATE, ZIP)** | **135 RES. PHONE / 136 BUS. PHONE**

#1  SEX ☐M ☐F  RACE ☐W ☐B ☐A ☐I
#2  SEX ☐M ☐F  RACE ☐W ☐B ☐A ☐I
#3  SEX ☐M ☐F  RACE ☐W ☐B ☐A ☐I
#4  SEX ☐M ☐F  RACE ☐W ☐B ☐A ☐I

WITNESS #1 SSN  ___-___-___
WITNESS #2 SSN  ___-___-___
WITNESS #3 SSN  ___-___-___
WITNESS #4 SSN  ___-___-___

### NARRATIVE

ON THE 1ST DAY OF AUGUST 2005 MR. POLCASTRO WAS PLACED UNDER ARREST FOR PUBLIC INTOXICATION FOR BEING UNDER THE INFLUENCE OF ALCOHOL AND ARSON IN THE 2ND DEGREE FOR SETTING FIRE TO A GAS METER AT 403 WEST WASHINGTON. AFTER HAND CUFFING MR. POLCASTRO IN HANDCUFFS MR. POLCASTRO WAS PLACED IN THE BACK OF SAMSON POLICE CAR #2. WHILE IN THE BACK OF THE POLICE CAR MR. POLCASTRO STARTED KICKING THE WINDOW ON THE BACK DRIVER SIDE OF THE POLICE CAR. FINALLY MR. POLCASTRO KICKED OUT THE WINDOW OF THE POLICE CAR. MR. POLCASTRO WAS THEN TAKEN OUT OF THE POLICE CAR AND PLACED ON THE GROUND, SO HIS LEGS COULD BE SHACKLED. MR. POLCASTRO WAS PLACED IN GENEVA COUNTY SHERIFF RAY MOCKS CAR AND TRANSPORTED TO GENEVA COUNTY JAIL.

**CONTINUED ON SUPPLEMENT:** ☐ Y ☒ N

### SIGNATURE

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned.

**ENTERED:** ☐ Y
**ACIC/NCIC DATE:** ☒ N

**147 CASE STATUS:**
☐ 1 - PENDING
☐ 2 - INACTIVE
☒ 3 - CLOSED

**148 CASE DISPOSITION:**
☐ 1 - CLEARED BY ARREST (JUV)
☒ 2 - CLEARED BY ARREST (ADULT)
☐ 3 - UNFOUNDED
☐ 5 - ADMINISTRATIVELY CLEARED
☐ 4 - EXCEPTIONAL CLEARANCE:
  A - SUSPECT/OFFENDER DEAD
  B - OTHER PROSECUTION
  C - EXTRADITION DENIED
  D - LACK OF PROSECUTION
  E - JUVENILE NO REFERRAL
  F - DEATH OF VICTIM

**MULTIPLE CASES CLOSED:** 140 CASE # | 141 SFX | 142 CASE #

**149 REPORTING OFFICER:** ARNETTE, SHAYNE    **ID#** 207
**150 ASSISTING OFFICER:** KERSEY, TRACY    **ID#** 202
**151 SUPERVISOR APPROVAL:**    **ID#**
**ASSISTING AGENCY ORI:**   **ASSISTING AGENCY CASE #:**
**143 SFX** | **144 CASE #** | **145 SFX**
**146 ADDITIONAL CASES CLOSED NARRATIVE:** Y ☐ N ☒

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC











# DIAMOND TRIUMPH AUTO GLASS

diamondtriumph.com
U.ID. # 23-2758853

DIAMOND AUTO GLASS
509 WEST WASHINGTON ST
DOTHAN, AL 36302
8003922727 / FAX # 3347121634

**INVOICE # 256017485**

Please refer to this number on all correspondence

DATE: 08/05/05
WORK ORDER # 256-17485 (P2)

FREE ESTIMATES GIVEN

SPECIAL INS:
DATE:
DIRECTIONS: SAMSON SAMSON AL 34477
(0)334-898-7118

BILL TO:
CHIEF WEEKS SAMSON POLICE DEPT
SAMSON
SAMSON, AL USA, 36477

| SCHEDULE DATE | SCHEDULE TIME | CLOSED BY INSTALLER | CAUSE OF LOSS | DATE OF LOSS | DEDUCTIBLE |
|---|---|---|---|---|---|
| MOBILE 08/05/05 | FR | NC | | | |

| MILEAGE | PLATE # | PLATE STATE | | | |
|---|---|---|---|---|---|

| VIN | MAKE | MODEL | BODY STYLE | | |
|---|---|---|---|---|---|
| 2FAFP71W4YX118452 | 2000 FORD | CROWN VICTORIA | 4 DOOR SEDAN | | |

REQUIRED FOR CUSTOMER

| QUANTITY | NAGS PART NUMBER | DESCRIPTION | LIST PRICE | LABOR | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | DD08637 GT | Door (Rear)(Left)(Solar Contro) | 162.90 | 50.00 | 148.15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | LABOR | NET AMOUNT | 148.15 |
|---|---|---|---|
| | | TAXABLE AMT | 198.15 |
| | 50.00 | TAX | 11.95 |
| | | SUB TOTAL | 210.00 |
| | | DEDUCTIBLE | ( ) |
| | | PROMOTION | ( ) |
| | | TOTAL DUE | 210.00 |

INSTALLER'S SIGNATURE X

CUSTOMER SIGNATURE X

I certify the above captioned work has been completed to my satisfaction and I authorize my insurance company to pay Diamond Triumph Auto Glass directly the full amount payable to me under my policy, and I authorize the assignment of these funds. If the cost of all or part of this job is not covered by my insurance, I agree to pay Diamond Triumph Auto Glass the balance upon installation. I acknowledge that I have read and understand the Adhesive Cure Time Warning, Limited Warranty and Emergency-Services sections on the reverse side of this form.

SEE REVERSE OF INVOICE FOR IMPORTANT WARRANTY INFORMATION

A SERVICE CHARGE OF 1.5% PER MONTH WILL APPLY IF BALANCE IS UNPAID AFTER 30 DAYS.

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT
TO ENSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE INCLUDE INVOICE NUMBER ON YOUR PAYMENT

| METHOD OF PAYMENT | ☐ CASH | ☐ CHECK | ☐ CHARGE | TERMS |
|---|---|---|---|---|
| CHECK/CHARGE # | | | | |
| EXP. DATE | | | | |

CUSTOMER NO. 000000
INVOICE NO. 0256017485
CUSTOMER NAME
AUTHORIZATION

REMIT TO: DIAMOND TRIUMPH AUTO GLASS, INC.
P.O. BOX 1647
KINGSTON, PA 18704