# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

☒ 1 INCIDENT  ☐ 2 OFFENSE  ☐ 3 SUPPLEMENT

2 CASE # 0 8 1 - 0 1 - 0 0 3

1 ORI# 0 3 4 0 2 0 0

4 AGENCY NAME: SAMSON POLICE DEPARTMENT

8 REPORTED BY: DONNA HARRISION

5 DATE and TIME OF THIS REPORT 0 8 0 1 0 5   20:26  ☒ AM ☐ PM ☐ MIL

10 PHONE ( 334 ) 898-1732

12 VICTIM (LAST, FIRST, MIDDLE NAME): TISDALE, JUDY

9 ADDRESS (STREET, CITY, STATE, ZIP): 400 WEST WASHINGTON ST., SAMSON AL.36477

15 EMPLOYER/SCHOOL

16 OCCUPATION

13 ADDRESS (STREET, CITY, STATE, ZIP): 400 WEST WASHINGTON ST. SAMSON AL.36477

17 ADDRESS (STREET, CITY, STATE, ZIP)

14 PHONE ( 334 ) 898-1732

18 PHONE

RESIDENT ☒ NON-RESIDENT ☐

21 RACE ☒ W ☐ B

22 SEX ☐ MALE ☒ FEMALE

23 HGT

24 WGT

25 DOB

27 WAS OFFENDER KNOWN TO VICTIM? ☒ Y ☐ N

28 VICTIM WAS (EXPLAIN RELATIONSHIP): TENANT

13A-7-42
13A-11-10

19 SECTOR

30 TYPE INCIDENT OR OFFENSE ☒ RESIDENT ☐ NON-RESIDENT

34 TYPE INCIDENT OR OFFENSE: PUBLIC INTOXICATION   ☒ FEL ☐ MISD  ARSON 2ND   ☒ FEL ☐ MISD

31 DEGREE (CIRCLED) 1 ②  2  3

26 AGE

27

32 UCR CODE 2 0 0 2

36 UCR CODE 4 2 9 9

37 STATE CODE/LOCAL ORDINANCE 13A-7-42

33 STATE CODE/LOCAL ORDINANCE 13A-11-10

38 PLACE OF OCCURRENCE: 405 W WASHINGTON STREET, MIDDLE OF STREET

OCCURRED ON OR
BETWEEN
0 8 0 1 0 5  20:09
0 8 0 1 0 5  20:26

42 ASSAULT ☐ SIMPLE ☐ AGGR.

39 FORCE

43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N

40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER

41 METHOD OF ENTRY ☐ FORCIBLE ☒ NO FORCE

49 PREMISES ☐ HWY. ST. ALLEY ☐ BANK ☐ A-AIR/BUS ☐ B-RAILROAD ☐ C-RESIDENCE ☐ D-CHURCH ☐ E-SCHOOL ☐ F-CONVENIENCE STORE ☐ G-INDUSTRIAL ☐ H-SERVICE STA.

48 WEATHER ☐ 1-NATURAL ☒ 2-MOON ☐ 3-ART. EXT. ☐ 4-ART. INT. ☐ 5-DARK ☐ 6-RAIN ☐ 7-UNK

50 CODE

53 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS

54 VERIFY FOR ☐ BOMB THREAT FOR RAPE ☐ TREAT FOR INJURY ☐ N

55 LOCATION RAPE

56 CIRCUMSTANCES/HOMICIDE & ASSAULT

50 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE

58 QUANTITY  59 DESCRIPTION

64 MOTOR VEHICLE  65 CURRENCY, NOTES

S R C

66 JEWELRY

S R C

67 CLOTHING/FURS

S R C

68 FIREARMS

S R C

69 OFFICE EQUIPMENT

S R C

70 ELECTRONICS

S R C

71 HOUSEHOLD

UNK

S R C

72 CONSUMABLE

S R C

73 LIVESTOCK

S R C

74 MISCELLANEOUS

S R C

☒ CONTINUED IN NARRATIVE

1  SHEET LADDACE

1  GAS METER

60 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.)

76 STOLEN  ☐ STOLEN
77 LIC.
83 VMA  84 VMO  85 VST  86 VDL

79 LIS.
80 TAG COLOR  81 VIN

88 OWNERSHIP VERIFIED BY? ☐ VIN ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER

87 ADDITIONAL DESCRIPTION

62 DOLLAR VALUE ☐ STOLEN ☐ DAMAGED  $20

63 RECOVERED VALUE

75 CHECK CATEGORIES:
☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH.USE ☐ ABANDONED

90 WARRANT SIGNED ☐ YES ☐ NO  #

91 PHONE ( )

92 PHONE ( )

93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO  ☐ WHERE?

94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO  ☐ WHERE?

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC

**INCIDENT/OFFENSE REPORT CONTINUED**

99 NAME (LAST, FIRST, M.I.)
POLCASTRO JOHN PHILLIP

96 DATE AND TIME OF REPORT 0 8 0 1 0 5  20 : 26

95 CASE # 0 8 1 - 0 5 - 0 0 0 3

100 ADDRESS (STREET, CITY, STATE/ZIP)
405 W WASHINGTON STREET SAMSON AL. 36477

105 NICKNAME/ALIAS

106 RACE 108 SEX 109 HT 110 AGE
W  M  0 5 0 5 5 3 52

111 PROBABLE DESTINATION

112 ADDRESS (STREET, CITY, STATE/ZIP)
NOT USED

117 NICKNAME/ALIAS
NOT USED

121 HGT 57  112 HAIR BRN  113 WEAPON  110 COMPLEXION MED

114 CLOTHING

118 ADDRESS (STREET, CITY, STATE, ZIP)
NOT USED

128 PROBABLE DESTINATION
NOT USED

131 NAME (LAST, FIRST, MIDDLE)
DONNA HARRISION

133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB
NOT USED

131 CLOTHING

134 ADDRESS (STREET, CITY, STATE, ZIP)
400 WEST WASHINGTON ST. SAMSON AL. 36477

135 RES. PHONE 3 3 4 8 9 8 1 7 3 2 F

136 BUS. PHONE

ON THE 1ST DAY OF AUGUST 2005 R/O RESPONDED TO A FIRE AT 403 WEST WASHINGTON STREET. UPON ARRIVAL R/O NOTICED A FIRE ON THE BACK SIDE OF THE TRAILER NEAR THE GAS METER. R/O THEN GRABBED A WATER HOSE AND PUT OUT THE FIRE. MRS. DONNA HARRISON TOLD R/O THAT SHE HAD SEEN MR. POLCASTRO WALKING FROM THE BACK SIDE OF THE TRAILER AT 403 WEST WASHINGTON STREET TO HIS TRAILER AT 405 WEST WASHINGTON STREET. THEN SHE NOTICED A FIRE ON THE BACK SIDE OF THE TRAILER, SO SHE WALKED OVER TO THE FIRE AND NOTICED A RAG ON TOP OF THE GAS METER AND PULLED THE RAG OFF OF THE METER. R/O THEN WENT OVER TO 405 WEST WASHINGTON TO TALK TO MR. POLCASTRO. MR. POLCASTRO CAME OUT SIDE DRINKING A MIXED DRINK. UPON QUESTIONING MR. POLCASTRO BECAME VERBALLY OUT OF CONTROL. TELLING R/O THAT HE DID NOT START THE FIRE AND THAT HE WOULD KILL EVERYONE IN THE FIRE AND POLICE DEPARTMENT. HE ALSO STATED THAT HE SAW A BLACK MAN IN A FIRE SUIT BEHIND THE TRAILER. HE LATER STATED THAT HE SAW THE ASSISTANT FIRE CHIEF ROGER WILLIAMS BEHIND THE TRAILER. AFTER QUESTIONING MR. POLCASTRO, HE WENT BACK INTO HIS TRAILER, A FEW MINUTES LATER MR. POLCASTRO CAME OUT OF HIS TRAILER AND TRIED TO TAKE OFF RUNNING. R/O THEN TOOK OFF AFTER MR. POLCASTRO AFTER CATCHING MR. POLCASTRO, HE WAS PLACED UNDER ARREST FOR ARSON 2ND, PUBLIC INTOXICATION, DISORDERLY CONDUCT, AND RESISTING ARREST.

CONTINUED ON SUPPLEMENT  Y  N

SIGNATURE

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

149 REPORTING OFFICER
ARNETTE, SHAYNE

ID # 207

150 ASSISTING OFFICER
KERSEY, TRACY

ID # 202

**146 CASE STATUS**
1 – PENDING
2 – INACTIVE
3 – CLOSED

**148 CASE DISPOSITION**
1 - CLEARED BY ARREST (ADULT)
2 - CLEARED BY ARREST (JUV)
3 - UNFOUNDED
4 - EXCEPTIONAL CLEARANCE
5 - ADMINISTRATIVELY CLEARED

A - SUSPECTOFFENDER DEAD
B - OTHER PROSECUTION
C - EXTRADITION DENIED
D - LACK OF PROSECUTION
E - JUVENILE, NO REFERRAL
F - DEATH OF VICTIM

# ALABAMA UNIFORM ARREST REPORT

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| Fingerprinted | R&I Completed |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

3 CASE#: 08-05-00003

1 ORI#: 0 3 4 0 2 0 0

2 AGENCY NAME: SAMSON POLICE DEPARTMENT

8 LAST, FIRST, MIDDLE NAME: POLCASTRO, JOHN PHILLIP

4 SEX: ☒ M ☐ F
5 RACE: ☐ 1 ☐ 2 ☐ 3 ☒ 4

9 HGT: 5'07"
10 WGT: 180
11 EYE: GRN
12 HAIR: BRN
13 SKIN: MED

14 ☐
15 SCARS
16 MARKS ☐ 2 MARKS
☐ 3 TATTOOS
☐ 4 AMPUTATIONS

18 MISCELLANEOUS ID #: P422-475-53-162-0
23 ST: AL

20 SSN: 19 SID#: FL-06058818
24 FBI: 250406H
HENRY CLASS
NCIC CLASS
KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL

21 FINGERPRINT CLASS

22 OC#: 

6 OFFICER'S WORK PRODUCT

7 SEX

26 ☐ RESIDENT ☒ NON-RESIDENT
5 PLACE OF BIRTH (CITY, COUNTY, STATE)

17 DATE OF BIRTH: 0 5 0 2 5 3
16 AGE: 57

9 SSN: 0 9 6 - 0 4 - 7 8 4 4

27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 405 W WASHINGTON STREET SAMSON AL 36477

28 RESIDENCE PHONE: ( )

29 OCCUPATION (BE SPECIFIC)

30 EMPLOYER (NAME OF COMPANY/SCHOOL):

31 BUSINESS ADDRESS (STREET, CITY, STATE)

32 BUSINESS PHONE: ( )

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): WEST WASHINGTON STREET

34 SECTOR

35 ARRESTED FOR YOUR JURISDICTION:
☐ IN STATE
☐ OUT OF STATE AGENCY ☐ YES

36 CONDITION OF ARRESTEE:
☐ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS

37 DATE OF ARREST: 0 8 0 1 0 5
38 TIME OF ARREST: 2026 ☐ AM ☒ PM

39 DAY OF ARREST: S M T W T F S
40 TIME CODE

41 TYPE ARREST:
☐ 1 ON-VIEW ☒ 2 WARRANT ☐ 3 CALL

42 ☐ OFFICER

43 RESIST ARREST?: ☐ YES ☒ NO
44 INJURIES?: ☐ Y ☐ N

39 ARMED?: ☐ Y ☒ N

40 DESCRIPTION OF WEAPON:
☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON

46 CHARGE-1: ☒ FEL ☐ MISD    ARSON 2ND
50 STATE CODE/LOCAL ORDINANCE: 13A-7-42
51 WARRANT #: 
52 DATE ISSUED: 
57 UCR CODE: 2002

44 CHARGE-2: ☐ FEL ☒ MISD    RESISTING ARREST
50 STATE CODE/LOCAL ORDINANCE: 13A-10-41
51 WARRANT #: 
52 DATE ISSUED: 
57 UCR CODE: 4801

55 CHARGE-3: ☒ FEL ☐ MISD    PUBLIC INTOXICATION
50 STATE CODE/LOCAL ORDINANCE: 13A-11-10
56 CHARGE-4: ☐ FEL ☒ MISD    DISORDERLY CONDUCT
50 STATE CODE/LOCAL ORDINANCE: 13A-11-7
58 UCR CODE: 4299
59 STATE CODE/LOCAL ORDINANCE: 
63 DATE ISSUED: 
58 UCR CODE: 5311

60 ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT
☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY

61 OTHER EVIDENCE SEIZED/PROPERTY SEIZED: NOT USED

62 IF OUT ON RELEASE WHAT TYPE?: NOT USED
66 ARREST DISPOSITION:
☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER

64 ARRESTED WITH (1) ACCOMPLICE (FULL NAME): NOT USED
65 ARRESTED WITH (2) ACCOMPLICE (FULL NAME): NOT USED

70 YR: 
71 VIN: 
71 VMA: 
72 VMO: 
73 VST: 
74 VCO: TOP BOTTOM
75 TAG #: NOT USED
76 TAG YR: 
77 LIY: 

67 DISPOSITION OF PROPERTY:
☐ RELEASED TO ARRESTEE ☐ PARTIAL

68 PROPERTY NOT RELEASED/HELD AT: NOT USED

78 IMPOUNDED?: ☐ YES ☐ NO
79 STORAGE LOCATION/IMPOUND #: NOT USED
79 LIS: 

82 JUVENILE: NOT USED
85 ADDRESS (STREET, CITY, STATE, ZIP): NOT USED

83 RELEASED TO: NOT USED
82 RELEASING OFFICER NAME: NOT USED
82 DATE ISSUED: 

84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME): NOT USED
86 ADDRESS (STREET, CITY, STATE, ZIP): NOT USED

85 ☐ REF. TO ADULT COURT

87 PARENTS EMPLOYER: NOT USED
88 OCCUPATION: NOT USED

90 PHONE: ( )
88 PHONE: ( )
90 PHONE: ( )

89 ☐ CONTINUED IN NARRATIVE

93 DATE AND TIME OF RELEASE: 
91 ☐ RELEASED TO ON DUTY JAILER
92 ☒ YES ☐ NO

94 ID#: 

95 RELEASED TO: COUNTY JAIL
96 AGENCY/DIVISION: GENEVA COUNTY JAIL

100 PROPERTY: NOT USED

97 DATE: 0 8 0 1 0 5

98 RELEASED TO: ON DUTY JAILER
99 PERSONAL PROPERTY RELEASED TO ARRESTEE: ☒ YES ☐ NO

95 RELEASED TO: SAMSON POLICE DEPARTMENT    207
96 AGENCY/DIVISION: SAMSON POLICE DEPARTMENT    207
97 AGENCY ADDRESS: 200 COMMERCE STR. GENEVA AL.

101 SUBJECT ARRESTED FOR ABOVE CHARGES AND PLACED IN GENEVA COUNTY JAIL.

102 SIGNATURE OF RECEIVING OFFICER: 

104 CASE#: 
106 SFX: 
106 CASE #: 

103 SIGNATURE OF RELEASING OFFICER: 

107 SFX: 
108 CASE #: 

109 WATCH CMDR ID #: 

110 ADDITIONAL CASES CLOSED: ☐ Y ☐ N

111 ARRESTING OFFICER (LAST, FIRST, M#): ARNETTE, SHAYNE
112 ID#: 207

113 ARRESTING OFFICER (LAST, FIRST, M#): KERSEY, TRACY
114 ID#: 202
115 SUPERVISOR ID #:

TYPE OR PRINT IN BLACK INK ONLY

ADDITIONAL ARREST
NARRATIVE CONTINUED

120 ADDITIONAL ARREST INFORMATION

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

117 DATE AND TIME OF ARREST: 08 01 05    2026    □ AM ☒ PM NOON

118 CASE # 08 - 05 - 003

119 SEX 1

SUBJECT WAS ARRESTED FOR PUBLIC INTOXICATION, ARSON 2ND, DISORDERLY CONDUCT, RESISTING ARREST, CRIMINAL MISCHIEF. UPON PLACING SUBJECT IN PATROL CAR SUBJECT KICKED OUT BACK WINDOW IN CAR.

TYPE OR PRINT IN BLACK INK ONLY

ATTACHMENT NUMBER 4

## AFFIDAVIT OF _Tracy Kersey_

Comes now the affiant, under oath, and says as follows:

1.  My name is _Tracy Kersey_. I have knowledge of all of the information contained in this affidavit.

2.  Attached to this affidavit is a true and accurate copy of a written statement I gave in connection with the police investigation into the events associated with the arrest of John Polcastro. The attached statement is true and accurate to the best of my knowledge and belief.

Further affiant sayeth not.

Dated this the 11 day of November 2005.

_(signature)_

STATE OF ALABAMA
COUNTY OF HOUSTON GENEVA

Sworn and subscribed before me this the 11 day of November 2005

_(signature)_
Notary Public
My Commission Expires: 7.1.09

Untitled

ON THE 1ST OF AUGUST AT OR ABOUT 2000 HRS RECEIVED CALL FROM OFFICER SHAYNE ARNETTE NEEDING ASSISTANCE ON WEST WASHINGTON STREET INREFRENCE TO SOMEONE SETTING FIRE TO A TRAILER. UPON ARRIVIAL ON SCENE NOTICED OFFICER ARNETTE HAD A SUBJECT IN CUSTODY AT CAR. SPOKE TO ARNETTE AND ARNETTE STATED THAT THE SUBJECT HAD SET FIRE TO THE NEIGHBORS TRAILER. UPON CHECKING TRAILER IT WAS THE GAS METER TO THE TRAILER THAT WAS SET FIRE. SUBJECT WAS PLACED IN PATROL CAR AND SUBJECT KICKED OUT WINDOW IN PATROL CAR. SUBJECT WAS PLACED IN DEPUTY RAY MOCKS CAR AND TRANSPORTED TO COUNTY JAIL.

SAMSON POLICE DEPT.
SGT. TRACY KERSEY

Page 1

ATTACHMENT NUMBER 5

## AFFIDAVIT OF _____

Comes now the affiant, under oath, and says as follows:

1.    My name is _Chris D. El Gardus_ . I have knowledge of all of the information contained in this affidavit.

2.    Attached to this affidavit is a true and accurate copy of a written statement I gave in connection with the police investigation into the events associated with the arrest of John Polcastro. The attached statement is true and accurate to the best of my knowledge and belief.

Further affiant sayeth not.

Dated this the _14 th_ day of November 2005.

_Chris D. El Gardus_

STATE OF ALABAMA
COUNTY OF ~~HOUSTON~~ GENEVA

Sworn and subscribed before me this the _14_ day of November 2005

_Kimberly A. Curtis_
Notary Public
My Commission Expires: _7.1.09_

Statement of Witness of the handling of Mr. <u>John  Polcastro,  Sr.</u>

I, David Sanders received a call on 8-1-2005 to a house fire on 403 Washington Street Samson, Al. at approximately 8 PM.

When I arrived the policemen told me that Mr. <u>John  Polcastro</u>     had poured gasoline or diesels fuel on the gas meter and set the meter on fire. The policemen had cuffed Mr. <u>John  Polcastro</u>     and were trying to get him into the police car. The man was spitting and cursing at the policemen, <u>Tracey Kersey</u> and    <u>Shane  Arnett</u> They were finally able to get Mr. <u>John  Polcastro</u>     into the car. We were standing by the car talking and Mr. <u>John  Polcastro</u>     was hollowing and cursing the policemen, when he kicked the back seat windows out of the police car. Ray Mock, Deputy Sheriff, came up and had to carry him off in his patrol car.

The Samson policemen and Mr. Mock handled themselves in a professional manner. I did not witness any mistreatment or abuse of Mr. <u>John  Polcastro</u>     .

Geneva County Gas District

David Sanders

*[signature: Davis D. Sanders]*

10-19-05