ATTACHMENT NUMBER 6

# AFFIDAVIT OF Donna Lynn Harrison

Comes now the affiant, under oath, and says as follows:

1.  My name is Donna Lynn Harrison. I have knowledge of all of the information contained in this affidavit.

2.  Attached to this affidavit is a true and accurate copy of a written statement I gave in connection with the police investigation into the events associated with the arrest of John Polcastro. The attached statement is true and accurate to the best of my knowledge and belief.

Further affiant sayeth not.

Dated this the 11 day of November 2005.

_Donna L. Harrison_

STATE OF ALABAMA
COUNTY OF ~~HOUSTON~~ GENEVA

Sworn and subscribed before me this the 11 day of November 2005

_Kimberly A. Cumbie_
Notary Public
My Commission Expires: 7-1-09

STATEMENT OF:

Date: 8-2-05    Page No. ___

NAME    DONNA LYNN HARELSON

ADDRESS    410 West Washington St.

PHONE

As John Polcastro came into Judy Tisdale's home late Aug 1, 2005
And asked her to look And see if she saw smoke coming from
behind the trailer at 410 w Washington St. (The 1st mobile home on the left.
side of the street) She And I both stepped on the porch And looked
And did not see any smoke.

Approximately 5-10 minutes later I was walking from 400 w Washington St
to 410 West Washington St and I saw John Polastro walk out of his
back door And go behind the mobile home at 401 w Washington St.
I waited a few minutes to see what he was doing, then I saw
him go back in his inside his house through the back
door. I continued walking toward 410 w Washington St.
And looked behind the mobile home at 402. I saw a
fire against the dwelling. At that time I yelled
for Judy to call the fire department And I went
And pulled a piece of burning cloth from between the
criss cross of a piece of lattice, then I pulled the
lattice Away from the dwelling, when the responding
officer arrived the lattice was still burning And
the officer extinguished it.

WITNESS    Donna Lynn Harelson    August 2, 2005

STATE OF ALABAMA
GENEVA COUNTY

AFFIDAVIT

Donna Lynn Harrison, being first duly sworn doth depose and say the following:

Affiant has personal knowledge of the facts contained in this affidavit.

On the evening of Aug 1 2005 @ approximately 7:00 pm or around dark Shane Arnette the responding officer after extinguishing a small fire - allegedly set by John Palcastro, the officer was questioning the suspect Mr Palcastro. I saw suspect run toward my house @ 410 W. Washington St, the responding officer caught the suspect and returned him to the police car, the suspect was in hand cuffs - after the responding officer placed the suspect in the police car I heard what sounded like someone kicking on something then the back window of the police car exploded. The responding officer and officer Tracey Peters who had been called for back-up removed suspect from the car and placed the suspect on the ground - they then bound his feet because suspect was kicking and kicking @ the officers. Sherriff's Deputy - Ray Mock arrived to transport subject to Geneva Co. Jail. Two officers were walking on either side of the suspect when he fell backward. Neither officer was touching the suspect when he fell. The officers put the suspect in the County car and closed the door.

At no time during the arrest of the suspect John Palcastro did I witness any improprieties on the part of any officer city or county.

Donna L. Harrison
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 11th DAY OF OCTOBER, 2005.

Notary Public, Alabama State at Large
Commission Expires:

ATTACHMENT NUMBER 7

STATE OF ALABAMA
GENEVA COUNTY

**AFFIDAVIT**

I, Roger Williams , being first duly sworn doth depose and say the following:

Affiant has personal knowledge of the facts contained in this affidavit.

I arrived on the scene night after the page and officer Olivette Texson on the scene. Mr. Olivette was driving frantically past and tore up and seemed to be intoxicated. He came out of the house and he practiced and like he was going to master and was throwing the smell Around him and he handcuffed and not put the Marktest this car. He then Caed kicked to the ground to not hurt even an hour because he did not have even an hour... in port him because he did not have even an hour for kicked him known first time. He was our own has kicked the window out in the door. Kicked and walked fast to the vehicle and Ookah me it I had anything to say to him with his brother Anthony and his brother, and Randy and Annette told his buddy together. She Dad got Roy Mark and Randy... doing to transport him. Roy and Randy told the officer off his leg and Right to town Roy Mark out. Wm in the back of his Patrol Car and ... his Dad Jimmy left with...

_(signature)_
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 6 DAY OF OCTOBER, 2005.

_(signature)_
Notary Public, Alabama State at Large
Commission Expires: 10-10-2009

ATTACHMENT NUMBER 8

STATE OF ALABAMA
GENEVA COUNTY

**AFFIDAVIT**

Carol McKinney _____ being first duly sworn doth depose and say the following:

Affiant has personal knowledge of the facts contained in this affidavit.

Upon the night that Ton was arrested by the Slanson police Dept I Carol McKinney was present at my mother's house when Ton was arrested I seen one police OR. Heavsy put Ton in the Car and Tou was fighting + kicking at the Still police beat Ton so Then Ton was Still being shot Bot I Did but hear all of what he was saying But I could hear Ku running off at the mouth - And first running off at the mouth And the Geneva County Sheriff arrived and When Tou was Being transfer From the police Car to the sheriffs Car he tried to run from the officers the Slanson police Dept did Not mistreat him Deep the arrest But Ton mistreated the Slanson police officer got pissed By Tou so Tou McKinney thinks that Slanson police Dep. Did a fair arrest. The Slanson police Dep. was Doing their Job Directing someone endangering himself and others around.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _____ DAY OF OCTOBER, 2005.

_____
Notary Public, Alabama State at Large
Commission Expires: _____

ATTACHMENT NUMBER 9

STATE OF ALABAMA
GENEVA COUNTY

**AFFIDAVIT**

I, Amy McKinney _____ being first duly sworn doth depose and say

the following:

Affiant has personal knowledge of the facts contained in this affidavit.

The night that John was arrested by the
Samson P.D. I Amy McKinney was at my Grandmothers
and I seen one of the cops Samson cops handcuff John,
and John tried to run and fell on the road. The Samson
cops then got John and put him in the cops car.
Then John kicked I belive it was Mr. Kersey in
the mouth or the nose. Then one of the cops got
in the car that John was in and the cops would
not start. So the cops called the Geneva Co. Sheriffs
Dep. and Ray Mack came and he went to the Geneva Co. Sheriffs
out of the cops car and John then tried to run
agian and fell on the road eaten and Ray took and
got John up and put him in the Sheriffs car and
left. I did not see none of the officers mistreat
John in any way.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS ____

____ DAY OF OCTOBER, 2005.

_____
Notary Public, Alabama State at Large
Commission Expires: