# ATTACHMENT NUMBER 10

```
10-04-2005 11:10        GENEVA 911 3346842310                                                      10/04/05 11:10:00
                                                                                                          PAGE 1
User: JUSTIN                                    Geneva County E911
                                                  Event Report
Rpt #:                                                                   Date/Time Received: 08/01/05 19:22:50
Event ID: 2005-011022      Call Ref #: 393
                                                                                Services Involved
Location: 400 W WASHINGTON ST     Call Source: PHONE     Prime SAMFD            FIRE
X-ST: N MAGNOLIA ST                                      Unit: WINDHAM, JOHNNY
Business:
Nature: WOODS FIRE                Alarm Lvl:       Priority:            Jur: SAM    Service: FIRE  Agency: FIRE
Caller: JUDY TISDALE                               Medical Priority:    St/Beat: SAM  District: SAM   RA: SAM
  Addr: 400 W WASHINGTON ST       Phone: (334) 898-1732                 Alarm Type:
Vehicle #:          St:           Report Only: No   Call Taker: CRISTINA  Console: 04
Geo-Verified Addr.: Yes  Nature Summary Code:   Disposition: AC  Close Comments:

Notes: 202 AND 208 10-24 10-8 [08/01/05 20:29:04 CRISTINA]
VFD 10-8 AT STATION [08/01/05 20:11:47 CRISTINA]
NEG CONTACT W/ 201 202 IS 10-84 [08/01/05 19:58:14 MASON]
207 ADVISED TO CALL 201 TO HAVE HIM 10-22 THERE [08/01/05 19:50:45 CRISTINA]
[SAM23] CONTACTED MR MCDOWELL W/ GENEVA CO GAS DISTRICT ADV HE WOULD SEND SOMEONE TO
CHECK ON IT [08/01/05 19:41:25 MASON]
207 10-23 ADVISED THAT THE FIRE IS EXTINGUISHED AT THIS TIME SOMEONE TRIED TO SET THE MAIN GAS
LINE ON FIRE [08/01/05 19:27:59 CRISTINA]
POSS ENDANGERING STRUCTURE [08/01/05 19:23:40 CRISTINA]

                              Time From Call Received
                               Time              Time
Call Received: 08/01/05 19:22:50     000:00:59
Call Routed:   08/01/05 19:23:49     000:00:59
Call Take Finished: 08/01/05 19:23:51   000:01:01
1st Dispatch:  08/01/05 19:23:49     000:00:59      (Time Held)
1st En-Route:  / /  : :                             On-Scene: 000:59:55     Unit Reaction: 000:05:47      (1st Dispatch to 1st Arrive)
1st Arrive:    08/01/05 19:29:36     000:06:46      (Reaction Time)         En-Route:  : :                (1st Dispatch to 1st En-Route)
Last Clear:    08/01/05 20:29:31     001:06:41                                                            (1st Arrive to Last Clear)

                           Radio Log
Unit        Empl ID    Type  Description                Time Stamp              Comments                            Close Code
AMFD        D          Dispatched                       08/01/05 19:23:49       By: PHONE                           CRISTIN
AM23        D          Dispatched                       08/01/05 19:22:56       400 W WASHINGTON ST                 CRISTIN
SAM23  310  A          Arrived                          08/01/05 19:22:59       Stat/Beat: SAM                      CRISTIN
SAMFD       C          Cleared                          08/01/05 19:29:36       Stat/Beat: SAM                      CRISTIN
SAM23  310  C          Cleared                          08/01/05 20:29:31       AC                                  CRISTIN

                           Event Log
Unit    Empl ID    Type  Description                Time Stamp              Comments                            Close Code  User
        TR         Time Received                    08/01/05 19:22:50                                                       CRISTIN
        ENT        Entered Street                   08/01/05 19:22:56       400 W WASHINGTON ST                             CRISTIN
        ENT        Entered Nature                   08/01/05 19:22:59       REPORT ON PROGRESS OF FIRE                      CRISTIN
        CHG        Changed Nature                   08/01/05 19:23:03       REPORT ON PROGRESS OF FIRE -->                  CRISTIN
        ENT        Entered CallerNm                 08/01/05 19:23:16       JUDY TISDALE                                    CRISTIN
```