IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

John P. Polcastro Sr.
Plaintiff

V

Gary Weeks, et al
Defendants

CIVIL ACTION NO. 1:05CV910-T

DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTR

## Plaintiff Motion For Extension Of Time

Come now John P. Polcastro Sr. Plaintiff in the above styled cause, and move this honorable court for an extension of time of (180) days in which to find a way to answer evidentiary materials filed by defendants. Answer is due on or about December 19th 2005.

My grounds for the above motion is as follows.

1) At this time the plaintiff is in the Geneva Co. Jail, The plaintiff has no money in his account to buy paper envelopes and pencils, stamps have to be sent from the street. The plaintiff has no one to help him. The sheriff will not provide any of the above. The plaintiff has to borrow from the inmates.

2) The plaintiff has no attorney. The sheriff of this jail will not allow plaintiff to use the law library, where he would be

able to send to the court the proper motions. The court requires the defendants are doing this to hurt his chances in court.

(3) As the court can see, the plaintiff has no way but to write to the court. He has no way to mail ones. The desk won't allow it. The plaintiff is only asking that the court allow him the time to find legal help.

(4) The plaintiff is only looking for a fair trial. The way it is now, the plaintiff will not be able to receive a fair trial.

(5) Plaintiff has not previously requested an extension of time in this case.

WHEREFORE, plaintiff respectfully request this Honorable Court grant his motion for extension to answer motion that is due on or about December 12th 2005.

Respectfully submitted this 26th day of November 2005.

John Polcastrosa
Geneva Co Jail
Geneva AL 36340

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2005, I have served the foregoing document on the following:

Cobb, Shealy, Crum, Derrick
206 North Lena St
P.O. Box 6346
Dothan AL 36302

by placing a true and correct copy of the foregoing in the US Mail, postage pre paid, on this the 28th day of November 2005

John P. Pencastrosa
Plaintiff

The Plaintiff had no way to see a Notary. The Plaintiff swears the above is all true

Signed this 28th day of November 2005

John P. Pencastrosa
Plaintiff