IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN P. POLCASTRO SR.
PLAINTIFF

VS.

GARY WEEKS
TRACY HERSEY
SHAYNE ARNRETTE, et. al,
DEFENDANTS

CASE NO. 1,05 CV 910-T

PLAINTIFF's ANSWER TO DEFENDANT's ANSWER TO PLAINTIFF's COMPLAINT

COME NOW JOHN P. POLCASTRO-SR, ACTING AS HIS OWN ATTORNEY (PRO-SE). HE HEREIN STATES AS FOLLOWS:

1. PLAINTIFF WILL SHOW STRICT PROOF OF ALL ALLEGATIONS AS HE'S SET FORTH IN SECTION (1) OF PLAINTIFF'S COMPLAINT, PLAINTIFF WILL SHOW ALL PROOF, AND ALL MATERIALS AT HIS EVIDENTIARY HEARING. PLAINTIFF HAS ALL READY STATED TO THE COURT THAT HE HAS NO MONEY, N/ACCESS TO A COPY—

MACHINE AND NO ACCESS TO THE
JAILS LAW LIBRARY AT THIS TIME THE PLAINTIFF
(BEGS) THE COURT TO FORGIVE HIM
IF HE CANT FOLLOW ALL THE RULES
OF THE COURT, HE ALSO (BEGS) THE
COURT FOR AN EVIDENTIARY
HEARING.

2 PLAINTIFF STATES THAT ON
SEPTEMBER 20th 2005, THE INMATE TRUSTEES
WHO WORK IN THE GENEVA COUNTY JAIL.
AND WHO WORK DIRECTLY FOR SHERIFF
WARD AND HEAD JAILER CARL ROWE
DID ENTER THE PLAINTIFF'S
CELL BLOCK AND WENT THROUGH A
PLASTIC BOX NEXT TO HIS BED AND TOOK
ALL HIS CRIMINAL AND CIVIL PAPERS.
PLAINTIFF HAS (ONE) COPY OF
LETTER TO AND FROM THE GENEVA
COUNTY COURT CLERK. AS HE STATED ABOVE
HE HAS NO ACCESS TO A COPY MACHINE

3 THE PLAINTIFF STATES THE SAME
IN SECTION 2,3,4,5 AND 6 AS HE
DOES IN NO (2).

PLAINTIFF'S ANSWER TO DEFENDANTS
AFFIRMATIVE DEFENSES

1 PLAINTIFF STATES HE DOES NOT
UNDERSTAND THE DOCTRINE OF
IMMUNITY AS A DEFENSE, WITHOUT

3

## ACCESS TO LAW BOOKS

2. THE PLAINTIFF STATES THE SAME IN SECTIONS (1 through 7) AS HE DOES IN NO (1).

8. THE PLAINTIFF STATES HE WILL SHOW DIRECT PROOF AT HIS EVIDENTIARY HEARING

9. THE PLAINTIFF FEELS THE DEFENDANTS GUILT WILL COME OUT AT TRIAL

10. THE PLAINTIFF PLANS TO PROVE ALL ALLEGATIONS IN COMPLAINT AT TRIAL

11. THE COMPLAINT IS GOING TO STATE CLEARLY WHERE PUNITIVE DAMAGES MAY BE AWARDED.

12 PLAINTIFF DOES NOT HAVE ACCESS TO THE LAW BOOK THAT SHOWS WHERE PUNITIVE DAMAGES IN THIS CASE WOULD VIOLATE THE CONSTITUTIONAL SAFE GUARD PROVIDED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA

13 THE PLAINTIFF STATES HE DOES NOT HAVE ACCESS TO LAW LIBRARY TO RESEARCH THIS SECTION

4/

14. THE PLAITIFF DOES NOT UNDER THIS SECTION WITH OUT THE HELP OF LAW BOOKS.

15. THE PLAINTIFFS CLAIMS ARE NOT BARRED BY HIS OWN MISCONDUCT.

16. THE PLAINTIFF STATES HE DOES NOT UNDER STAND SECTION 16, 17 AND 18 ANDER WITH OUT THE HELP OF THE LAW BOOKS.

20. THE DEFENDANTS HAD NO JUSTIFICATION.

21. THE SUIT IS AGAINST THE City AND The OFFICERS

22. The Plaintif did not go to the city with a complaint against the officers. The PLAINTIFF is doing it now is a result of the assault against the Plaintiff on August 1st, 2005

23. The Defendants at no time Acted in good Faith

24. The Plaintiff at All times Acted in good Faith. The DEFENDANTS showed deliberate indifference to the Plaintiffs well being.

25. The Plaintiff has constantly showed where a claim for Relief can be granted

26. The Plaintiff does not understand no 26

27. The Defendants NEVER Acted in Self defense. The

5

only thing in their mind at that time was to beat the plaintiff.

28  The plaintiff clearly stated to the defendants lawyer that he did not completely understand everything that he was saying. The record shows that I did not disobey the courts order I just did not understand

John P. Polcastro Sr.
John P. Polcastro Sr.
PLAINTIFF

John P. Polcastro Sr.
P.O. BOX 125
GENEVA AL. 36340

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day mailed a copy of the foregoing postage prepaid and properly addressed, to

COBB, SHEALY, CRUM & DERRICK P.A.
P.O. BOX 6346   206 N. Foster St
DOTHAN AL. 36302

This the 6th day of JANUARY 2006

John P. Polcastro Sr.
John P. Polcastro Sr.