RECEIVED
2006 MAR -8 A

Sir,

My name is John Polcastro. I'm writing to you to give you my change of address. My new address is below with both civil no's.

Sir, I need to ask you a question. I'm not good at knowing all the rules of your court. What I'd like to know is, am I allowed to put in a motion for an evidentiary hearing. And also, how am I to set up a date for trial. Will you please tell me. Thank you.

Sincerely,

John P. Polcastro

John P. Polcastro SR
245708
P.O Box 150
Mount Meigs AL. 36057

Civil Action No. 1:05-cv-00909 MEF-VPM

Case No. 1:05 cv-910-T ✓