Sir                                          5/20/06

My name is John Polcastro, I'm writing to send you my new prison address. It will be listed below. With both case numbers I recently wrote to both attorneys asking them if they would like to settle this case out of court. I have not heard from either lawyer. I would like to get these cases into court. Would you please tell me what I need to do next. I'd really appreciate any help you can give me.

Sincerely,
[signature]

New Address

John Polcastro 245168
Fountain 3800
Atmore AL 36503

① Case No: 1:05 CV-00909 MEF-VPM
② 1:05 CV 910-F