IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV909-MEF |
| | ) | [WO] |
| | ) | |
| Defendants. | ) | |
| | | |
| JOHN P. POLCASTRO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV910-MHT |
| | ) | [WO] |
| GARY WEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 23 September 2006, the plaintiff, JOHN P. POLCASTRO [Polcastro"], filed two civil actions arising from the same events. In Civil Action No. 1:05CV909-MEF, he sued the sheriff of Geneva County, Alabama, the head jailer of the Geneva County Jail, and two jailers. In Civil Action No. 1:05CV910-MHT, he sued the Chief of Police of Samson, Alabama, and two police officers.

In the two lawsuits, Polcastro alleged that, between 31 July 2005 and 1 August 2005, the sheriff, the police chief, the deputies and the police officers violated his constitutional rights by using excessive force against him, threatening him, taking his property (money from his wallet), failing to provide him with medical care, and

maintaining him in unsafe conditions at the jail.  The only difference in the factual allegations of the two lawsuits is that one is filed against Geneva County sheriff personnel while the other is filed against Samson police.  The court has therefore concluded that the two cases should be consolidated.

Accordingly, for good cause, it is hereby

ORDERED that these cases be consolidated.  The clerk's office is directed to designate the lead case as Civil Action No. 1:05CV909-MEF.

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE