**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 10, 2006

## NOTICE OF REASSIGNMENT

RE:   John P. Polcastro, Sr. V. Gary Weeks et al
      Civil Action No. 1:05cv0910-MHt

The above-styled case has been reassigned to District Judge Mark E. Fuller and Magistrate Judge Vanzetta McPherson.

Please note that the case number is now 1:05cv00910-MEF. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk