# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN P. POLCASTRO, SR.,<br>      PLAINTIFF, | )<br>)<br>) |
| vs. | ) Case No: 1:05 CV 00909-MEF |
| SHERIFF GREG WARD, et al.,<br>      DEFENDANTS. | )<br>)<br>) |
| *   *   *   *   *   * | )<br>) |
| JOHN P. POLCASTRO, SR.,<br>      PLAINTIFF, | )<br>)<br>) |
| vs. | ) Case No: 1:05 CV 00910-MEF |
| GARY WEEKS, TRACY KERSEY,<br>SHAYNE ARNRETTE, et al.,<br>      DEFENDANTS. | )<br>)<br>)<br>) |

## RESPONSE TO COURT'S ORDER OF AUGUST 11, 2006

Come now, Defendants Chief Gary Weeks, Police Officer Tracy Kersey, and Police Officer Shayne Arnette, by and through their attorney, and offer the following in response to the court's order of August 11, 2006:

1. Defendants are attaching a copy of the Mugshot Profile of John Polcastro which was taken by the Geneva County Sheriff's Department.

2. The Defendants have no other photographs of the plaintiff in their possession.

Dated this the 30th day of August, 2006.

   /s/ R. Todd Derrick
   Steadman S. Shealy, Jr. (SHE023)
   R. Todd Derrick (DER006)
   Attorneys for the Defendants

OF COUNSEL:
COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day mailed a copy of the foregoing Response to Court's Order of August 11, 2006, postage prepaid and properly addressed, to:

John P. Polcastro, Sr.
245168
Fountain 3800
Atmore, Alabama 36503

      I hereby certify that I have this day, electronically served a copy of this document upon:

Richard Hill, Jr.
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850

      This the 30th day of August, 2006.

                                          /s/ R. Todd Derrick
                                          R. Todd Derrick