# Mugshot Profile

**LAST NAME:** POLCASTRO
**FIRST NAME:** JOHN
**MIDDLE NAME:** PHILLIP
**NICKNAME:**
**PIN:** 12091
**DATE OF BIRTH:** 05/02/1953
**BIRTH PLACE:**
**ADDRESS:** 405 W WASHINGTON ST
**CITY/STATE:** SAMSON    AL



## PHYSICAL DESCRIPTION

**RACE:** WHITE
**SEX:** MALE
**HEIGHT:** 5  7
**WEIGHT:** 202
**EYE COLOR:** GREEN
**HAIR COLOR:** BROWN
**HAIR LENGTH:**
**FACIAL HAIR:**
**COMPLEXION:**
**TEETH:**
**BUILD:**
**GLASSES:**

## SCARS/MARKS/TATTOOS/DEFORMITIES

**SCARS:**
**MARKS:**
**TATTOOS:**
**GAIT:**
**MISSING LIMBS:**

